Stella C. Vidal
5711 W. Louisiana Street
Tucson, Arizona 85757
(520) 241-9293

FILED

2009 DEC -2 P 4: 03

CLERK
US BANKRUPTCY COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE:

STELLA VIDAL

No. 4:09-bk-26704-EWH

Chapter 7

      Debtor,

_____

ONE WEST BANK, FSB,

      vs.

STELLA C. VIDAL, GAYLE E. MILLS, TRUSTEE,

_____

REPLY TO MOTION
AND
REQUEST FOR HEARING

COMES NOW the Debtor/Respondents and hereby replies to Moving motion to lift stay reference real

Property located at 5711 W. Louisiana St. described as:

LOT 149, OF SUNSET ACRES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE
OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, RECORDED IN BOOK 11
OF MAPS, PAGE 96

MEMORANDUM OF POINTS AND AUTHORITIES

1.    Respondent denies a Trustee Sale was held on September 17, 2009 because she was never given

      Proper notice and assumed that the bank was still working on a Modification to her Mortgage Loan

      Which First American Consulting was hired to work with Respondent to complete a Modification

      Loan with Debtor. Debtor was assured that no legal action would be taken during this time. During

      this time, the Movant was fully aware of the Respondents health problems . Exhibit A clearly

outlines that exceptional acts, (see Exhibit A). Trustee Sale being continued thru the end of June.

The majority of the facts are contained in Exhibit "A" entitled First American's Booklet.

Statements made such as :

7-28-09 Spoke to a gentlemen named Leo which he specified that it was in review as of 7-8-09 (30 - 60)= days in review).

9-6-09 "Talked to a girl named Ruth, foreclose sure still on hold. She specified they have everything and it is still on review"

9-23-09 " I have faxed an updated authorization form to Indy Mac Bank"

On October 13, 2009, A Forcible Detained Complaint was filed in the Superior Court of Arizona for eviction.

The day before the scheduled hearing (October 21, 2009), I filed a Chapter 7 Bankruptcy.

I have had serious health problems topped with severe depression which is worse because of the Movant's deceptions ( See Exhibit A Pages 1-3 ).

Even two weeks before they sold my house, they were still requesting additional paper work from me. (See exhibit A ).

November 16, 2009, a letter was sent from Indy Mac Mortgage Services (See exhibit B ), outling my new interest rate and payment schedule.

Respondent is filing this Reply because she was notified by the Bankruptcy Court that the Movant's Order was not signed by the Bankruptcy Judge.

A review of the attached 1st. American Consulting Client's (Petitioner) Modification File further explains the situation.

WHEREFORE Debtor//Respondent prays this honorable Court to Order the Moving to enter into an agreement with her regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement.

FURTHER Debtor/Respondent request this matter be set for hearing.

Dated this 2nd day of December 2009.

*Stella Vidal*
Stella Vidal

A copy of the Reply and attached Exhibits
Were mailed to:

Mark Osco
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona  85016

Gayle E. Mills
P.O. Box 36317
Tucson, Arizona  85740

US Trustee
230 North 1st Ave., Suite 204
Phoenix, Arizona  85003-1706



## 1st American Consulting
12725 SW Millikan Way
Beaverton, OR 97005
**Toll Free: 800.678.1150**
**Office: 503.928.8889**
**Fax: 866.941.4959**

"Fixing Loans and Saving Homes"

EXHIBIT
"A"

## Notes regarding conversation with Indy Mac 2/26/09 (follow up to 2/17 conversation)

Spoke to rep in Loss Mitigation named Rich.

He said that the borrowers did not qualify for a modification based on the type of loan they had which is a flex pay (neg am). It adjusts monthly and the three payment options the borrower has is to pay the fully amortized amount, the IO payment or a min payment less than the interest. The diffrence is than added on to the back of their loan. I explained that the borrower was on fixed income and should have never been placed or approved on this loan product, had refinanced 3 times with in a three year period - each recieving cash out - and was stripped of her equity. Due to these circumstances the investor may want to re-look at this loan. I also explained that I had this same conversation with Mike at Indy on 2/17 and he agreed the investor may want to take a look at this file and he was going to add a note in the system that we were submitting it for a manual review. On that same day I spoke to Jeanie in the FC dept and she confirmed what Mike had stated. Rich took the updated info for the financial statement and transfered me to a supervisor named Jacob Perry.

### Rich Proposed

Minimum of 2 monthly payments up front ($2093)to reinstate loan.
Take 50% of surplus of $177 and add to future payments to pay down past due amounts
New payment:

88.81
1046.29
1135.10 Total P&I and Arrearage
At the end of 6 months on this plan the past due amounts would be due. These were estimated at $6000

If they can not repay this amount at the end of 6 months they can look at extended it for another 6 months on the same payment plan. Please note these figures were estimated. Rich informed me that the loan is in FC and in order to come up with exact figures for a repayment plan the lender needed to order a reinstatement quote from the trustee It should be available 3/3/09.

I explained that the repayment plan he was proposing did not help the borrower as she would not be able to come up with 2 months payments up front by the end of next week and that in six months she would not be able to come up with the arreauge amount. She is on FIXED INCOME! There is no extra income and if she could come up with the 2 mos up front it wouldn't help as she would be in the same situation 6 months from now. Il explained that would not help the borrower long term as she is on a fixed income ARM and already at the max she can handle. I got transferred to a manager and explained the circumstance and he gave me a priority fax# to submit mod. He said call back with in 48 hours to make sure they recvd the request and also to speak with FC about moving FC date back.

2/27 Faxed Mod pack

3/2 Indy did not rcvd fax.

3/3 faxed again once to reg fax #, once to priority fax# x

3/4 call back tomorrow - takes (2-3 days)

3/4 Loss Mitigation
Maria ▓▓▓ (27Q)
Spoke to Bob Gillian ● and he quoted 24 hrs as he was
#211 (Kalamazoo MI) walking it over personally
fax (269)353-2490

3/5 Heather in CS spoke to Bob. He rcvd mod request and
is sending it over for review personally. Heather updated her ys.
notes to show mod ▓▓ rcvd and trans me to FC dept. Spoke to
▓tin ▓in FC. He pushed back FC date to 5/4/09

| Date | Task | Completed By |
|---|---|---|
| 1.29.09 | Faxed authorization | OW |
| 2.5.09 | " " | OW |
| | Fax # for Loss Mitigation 626-583-1370 | |
| 2/17/09 ® | Spoke to Mike (78E) [empl #] in Loss Mitigation He is putting a rush for manual review of file once mod pack rcvd. Per Jeanie in ~~Loss~~ FC dept - CALL BACK ASAP and talk ~~experts~~ to ots rep to FC and get FC date pushed back. Mod pack MUST be rcvd prior to FC being pushed back. Priority fax # for mod [sub] ➡ (626)535-4084 Attn: Loss mit. (within 24hrs) | |
| | swv4655@aol.com -stelles email [try] $1016= at that time lmt 7.25% Corr on Flex pay loan Last paid in 9/08 ➡ lmt 7.25% Adj monthly. Payment options are fully Amt, I/o or min pay (negam) | |
| 2/26/09 ® | See write up re conv w/lender | |
| 3/12 | under review spoke 2 panara loan denied ~~state.com~~ letter sent Feb 3 not enough income to keep up with payments | |

| Date | Task | Completed By |
|------|------|--------------|
| 3/24 | Who? Where went with the file? Was the modification faxed | |
| 3/24 | 2/17 sold to 3rd party. need to contact them on the 2nd. | |
| 3/25 | Attorney - Abbe Terry Comancho ♥ | |
| | 619-243-3266 | |
| | Sale date - 5.4.09 | |
| | Went over entire situation with Rep. She reviewed and sent my contact info to Justin in FC to call me back to discuss. | |
| 3/31 | still being reviewed | |
| 4/11 | retirement plan = Broken repayment plan. | Home Tez. 1-877-409-4357 |
| | Stella - 520-883-0510 | |
| | Verbal verification | |
| | ~~...~~ | |
| | Not qualify for Modification plan. per investor guidelines. due to income request Modification 3 | |

12/03/2009

| Date | Task | Completed By |
|---|---|---|
| 4/14 | Indymac.com got help. | |
| | 30-60 days review. | |
| | F.C. Quality LOAN SERV CORP | |
| | Nicolle F 619-243-3923. | |
| | Noe @ indymac. | |
| | | |
| 4/16/09 | called IM. Talked | |
| | w/ (Amy) in (FC deP) | |
| | → 520 ID# | |
| | $ to reinst $13,500 | |
| 4.23 | SW Servicer ... need to | |
| | call Indymac was transferred. | |
| | 800.669.2300 = | |
| | One West Bank | |
| | * payment plan to stop | f/c |
| | * enter info online | |
| | * Indymacbank.com | |
| | IMD.com | |
| | — we can help | |
| | — get help now | |
| | — 1-5 (5= update financials) | |
| 4.29 | emailed 9506. | — |
| | Indymac has new system | |
| | have filled out & will | |
| | fax back when i get it | |

Att' received March 6th, good for 90'. 45. — include date we wrote it good threw — Current date Fax # 269-353-2477

| Date | Task | Completed By |
|---|---|---|
| 4/30 | s/w Adeline @ IMB. Foreclosure has been put on hold. Check back in a week | |
| 5/7 | s/w Brenda 877-200-8306 @ IndyMac → Loan Modification | |
| | s/w Cody sid we have no auth. → supervisor | |
| | Jennifer: financials 2 mos - downpayment $2093.00 | |
| | ordering re-instatement Quote - 2-3 days | |
| | needs to pay after 10 days agreement | |
| | — 877 908 4357 tel | |
| | — re-send auth | |
| | in review / some of the Docs | |
| June 1 | were under Herrong W | |
| 6-2 | s/w Nick @ IndyMac. allowed us to web site to upload doc Pkg. — | |
| 6/5 | still under review call June 20th | |
| 6-10 | auth. expired 06/06. see notes @ top left. JM | |

| Date | Task | Completed By |
|---|---|---|
| 6·15 | s/w Stella. Indymac sent her same ~~prop~~ paperwork, she is faxing over Also referring her friend Nydia Duarte | ✓ |
| 6·19 | Mod Pkg. was faxed on 06/09 fed. "under review" but denial has not been made. s/w Mike. — the only docs they have imaged in their system is the Mod Pkg from 03/09/09. — financials were updated 05/07. — re-indictment fave is out there 07/10. Called bow to ask for updated financials voicemail box was full we need: .08 tax returns | JM<br>2 most recent paystubs<br>ASAP |
| 6·25<br>6·25 | VOICEMAIL FULL s/w bow — she is faxing her statements doesn't do taxes because of disability. | JM |
| JULY 8<br>7·15 | FAXED FINANCIAL PKG TO INDYMAC o/w Jeff @ indymac, docs were rec'd on 7·8. went straight to review. (30·60 days) | JM |

Stella 520 · 578 · 2841

Fax for update from

969. 353. 2474
Name, loan #

Stella Vidal "" 520-018-2871
5711 W. Louisiana Tucson,
85746

Indy Mac 800-781-7399
800-678-1150

SS# 4615
ACCT# ___ 49688
___ 81504

| Date | Task | Completed By |
|------|------|--------------|
| 7.16 | s/w borr — gave update | CM |
| 7/22 | s/w Mike @ Indy Mac, updated | |
| | financials over the phone | |
| | they are drawing $325 surplus/month. | |
| | - Still in the review process. | |
| | (per indymac: if the loan is not F. Mac or Fmae, | |
| | we have to wait for the investor to come | |
| | back w/ the guidelines for Mod. | |
| | Called Stella, updated her of status. | |
| 7/28 | s/w Cambria, transf. | |
| | s/w Christopher Thomas, Hung up on. | |
| | s/w Leo, in review as of 7/8 (30-60 days) | |
| 8/4 | in riview | |
| Aug. 6 | s/w Ryan, a/c still on hold | |
| | - they did everthing - still in review. | |
| | s/w Stella, gave update | |
| 9/3/09 | To___ ___ 450__T | |
| | Still ___ | |
| 9/5/09 | let message for Stella to | |
| | FAX TAXES, bank statements, 2nd call to stella - mail | |
| | box full. She needs to send an fax authorization for 60 day update | |
| s/w Jeff | IndyMAC representative - they | |
| | need a updated FAX for 1st American | |
| | to speak to them. 2nd call - voice mail full | |
| 9.16.09 | FAX machine 2x'd up. | |
| 9.23.09 | faxed update authorization form | |
| | & updated bank statements to | |
| | Brad M at 626. 583. 1370 | |

November 16, 2009

#BWNDXCT
#6688869442003111#

007979/SL070/R542

Stella Vidal
5711 W. Louisiana St.
Tucson AZ  85757

**MORTGAGE LOAN NUMBER:** 3002449688
**PROPERTY ADDRESS:**     5711 W. Louisiana Street
                          Tucson AZ  85735

Your Adjustable Rate Mortgage is scheduled for an interest rate and payment change.

A new interest rate of 4.50000% is effective December 01, 2009.  As a result of this rate change, your new mortgage payment is $831.09.  This new payment, due January 01, 2010 will be reflected on your January 01, 2010 billing statement.

Below is a summary review of this interest rate and resulting payment change.

|  | PRIOR | NEW |
|---|---|---|
| **Interest Rate Calulation** | | |
| Index | **0.63200%** | **0.54400%** |
| Margin | 4.00000% | 4.00000% |
| Interest Rate | 4.62500% | 4.50000% |
| **Payment Breakdown** | | |
| Principal & Interest | $773.11 | **$831.09\*\*** |
| Escrow/Insurance | | **$326.66** |
| Total Payment | | **$1,157.75** |

\*\* New principal and interest payment calculated using a projected principal balance of **$222,734.12**

Your new interest rate was calculated using the margin plus index method.  Please note that there may be times when this interest rate does not equal the index plus margin.  This is due to the terms of your note capping the change in the interest rate or rounding the result of the index plus margin.

Please be advised that this statement is not an attempt to collect a debt.  It is for informational purposes only.

If _____ tomer Service Department at **(800) 781-7399.**
R... h Friday, from 5:00 a.m. until 6:00 p.m. (PT).

EXHIBIT
"B"

12/03/2009



**LOAN MODIFICATION APPLICATION**
*"Fixing Loans and Saving Homes"*
**Toll Free 800.678.1150**
**1st American Consulting Services**
215 SE 102nd Ave, Suite 101,
Portland, OR 97216

### Hardship Letter Questionnaire

One of the most important items your servicer or lender will require during the loan modification process is a letter of hardship. Simply put, a letter of hardship is an explanation as to what has transpired which has caused you to fall behind on your mortgage. This letter is significant as it will lay out the foundation for why you are no longer able to meet your financial obligations and it is vital in helping you achieve a loan workout. Below are examples of hardships that lenders take into consideration when analyzing loan modification requests:

*Payment Shock (Adjustable Rate Mortgage Reset), Loss of Job, Reduced Income, Failed Business, Job Relocation, Divorce, Death of Spouse or Co-Borrower, Illness, Incarceration, Military Duty or Medical Bills*

**Please answer the following questions:**

| | |
|---|---|
| What event(s) has caused your financial hardship? | *Disability* |
| What was the term of your hardship? (When did it begin? Has it ended?) | *IT BEGAN July 2008 DUE TO ILLNESS* |
| What was the financial impact of your hardship? (Estimated expense of hardship, income lost during hardship, etc.) | *INCOME LOSS, NO LONGER ABLE TO WORK. WAS able to WORK part time before.* |
| How long have you been with your currently employer? Are there any foreseeable changes in your employment? | |
| How long have you lived at the property? Why do you want to keep the property? | *I bought the home in 2002* |

11



**IndyMac Federal Bank**

Primary Phone Number: (520) 578-2841
Secondary Phone Number: (520) 241-9293

Property Address: 5711 W LOUISIANA STREET,
TUCSON, AZ 85735

165021  RE        2

#BWNDXCT
#6688869442003111#

STELLA VIDAL
5711 W LOUISIANA ST
TUCSON  AZ  85757-9345

||..||..|..||..|||..|..|.|..||..|..|.||..|..||.|..||||

For statement questions,
please call Customer Service at
1.800.781.7399

| Account Information | |
| --- | --- |
| Account Information as of | 11/17/08 |
| Loan Number | |
| Interest Rate | 7.250% |
| Principal Balance | $217,417.91 |
| Escrow Balance | $693.69- |
| Unapplied Funds | $ .00 |
| Funds Advanced by IMB (1,2) | $22.00 |
| Principal Paid YTD | $2,940.52- |
| Interest Paid YTD | $10,353.29 |
| Property Taxes Paid YTD | $2,072.24 |
| Hazard Insurance Paid YTD | $1,747.14 |

## Payment Information

| 12/01/08 Payment Options | Minimum (A) | Interest Only (B) | Fully Amortized (C) | 15 Yr Amortized (C) |
| --- | --- | --- | --- | --- |
| Principal and/or Interest | $719.18 | Not applicable | Not applicable | Not applicable |
| Escrow | $327.11 | | | |
| Optional Products (2) | $ .00 | | | |
| Other (2) | $ .00 | | | |
| Payment Amount: | $1,046.29 | | | |
| Past Due Payment(s) | $4,185.16 | | | |
| Total Payments Due | $5,231.45 | | | |
| Unpaid Late Charges | $179.80 | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges (2) | $ .00 | | | |
| Funds Advanced by IMB (1,2) | $22.00 | | | |
| Total Amount Due | $5,433.25 | | | |
| After 12/16/08 please pay: (3) | $5,469.21 | | | |

**Your Account is Past Due.**

### Additional Information

1  Unless otherwise agreed upon,
   additional funds may be applied
   to advances prior to being
   applied to fees/charges.

2  Itemized detail available upon
   request.

3  Payment calculation includes
   Late Charge fee.

| Transactions Since Last Statement | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Date** | **Transaction** | **Total** | **Principal/Deferred Interest (D)** | **Interest** | **Escrow** | **Fees/Misc.** |

217
217,417.91
25,389



**1st American Consulting**

**URGENT NOTICE:  This is an important notice regarding a delinquent mortgage account and requires an immediate response.  The Note holders have authorized our firm, 1ˢᵗ American Consulting Group, to act on their behalf to resolve their mortgage problems with your company.  ALL correspondence regarding matters referenced and in response to this letter must be sent to our firm, 1ˢᵗ American Consulting Group as instructed below.**

RE:    **Borrower:**           **Stella Vidal**
        **Indymac Bank Acct:**   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        **Property Address:**   **5711 W. Louisiana Street**
                                  **Tucson, AZ 85757**

To Whom It May Concern:

The purpose of this letter is to request a loan modification on the above account as well as to explain the unfortunate set of circumstances that have caused **Stella Vidal** (the "Borrower(s)") to become delinquent on the mortgage serviced by **Indymac Bank Acct** (the "Lender") referenced as **Account Numbers** ▓▓▓▓▓▓▓▓▓▓▓▓▓ and secured by the real property located at:

                          **5711 W. Louisiana Street**
                              **Tucson, AZ 85757**

**HARDSHIP:**
Stella Vidal's hardship started approximately two and a half years ago.  The borrower's son, Manuel, became ill and was no longer able to care for himself or his three children alone.  Stella welcomed all of them into her home in order to help care for her son and aid in raising her grand children.  At that time, Stella had been previously diagnosed with rheumatoid arthritis.  This condition caused a great deal of pain and swelling in her joints and in the surrounding tissue.  Although she was in constant pain, it was manageable enough that she could still work part time and take care of her son and her grand children.  In late spring of 2007 the borrower started to suffer from burning muscular pains and stiffness in her neck and upper back.  This was accompanied by extreme fatigue, an inability to concentrate on tasks, blackouts and dizziness, numbness in her limbs and unpleasant intestinal disturbances.  These physical problems were so debilitating that they limited her ability to carry out daily normal activities and she began having trouble performing her job duties. She also started to experience symptoms of depression and decided it was time to consult a doctor to discuss these issues.  In October 2007, her doctor diagnosed her with fibromyalgia and later on with severe depression. (Depression is a commonly associated ailment of fibromyalgia)  Due to the daily pain

1



and difficulties she had been experiencing, her doctor recommended the borrower cease working and apply for disability assistance.

Stella did not fully anticipate the additional cost of routine doctor visits, therapy sessions or her required monthly medications. Health insurance did not cover a large portion of these expenses and she began receiving multiple medical bills in the mail. In November 2006, Stella applied for a cash out home refinance loan. She used the cash from this transaction to pay bills while she waited for her disability to be approved and to pay off many of the outstanding medical bills that she and her son had accumulated. She was hesitant about refinancing again because she had previously refinanced 12 months earlier (October 2005), but was informed by her loan officer that she had lots of equity and that he could get her cash out and also reduce her mortgage payment. He did not fully explain the terms of the present loan to the borrower and she was not fully aware of the monthly adjusting interest rate or the negative amortization feature of this loan product. At the time she obtained the loan a majority of her income was derived from social security dependent and disability benefits. The flex pay option ARM that she was placed on, that has a negative amortization potential based on the minimum payment amount, was not the best mortgage product for a fixed income borrower. Consequently, as a result, a large portion of her equity has been eaten up by the difference between the minimum monthly payments she has been making and the fully amortized payment amount (which have been added on to the back of her loan). In addition to her equity being stripped by the negative amortization feature of the loan, this was her third cash out refinance transaction in a period of less than thirty six months – each of which was approved to 100% loan to value and contained a pre-payment penalty addendum to the note.

She has tried to apply for another refinance loan since but has been denied. This was due to her recent derogatory mortgage history, excessive debt to income ratio, and lack of equity in the subject property. The borrower was informed by her loan officer that property values in the area have significantly decreased and all lenders have placed restrictions on the loan to values they will lend to. There has been a decline in home prices of about 20% for the last year. There is currently an abundance of inventory on the market with average listing times exceeding one year for moderately priced homes. The amount of short sales in the area is also higher than ever with most of these homes going in to foreclosure. The state of Oregon is currently ranked 5th for foreclosures in the nation. The borrower does not want to be a part of these statistics and is reaching out for help.

## INCOME / DEBTS:
Stella receives social security disability income in the amount of $727.33/month. She is required to pay taxes on half of this income. The net monthly income she receives for this portion of her income is $564.92. She also receives social security dependent income for her son in the amount of $1,681 per month and $280 per month for each of her grand children. Her total net monthly income is $3,086.

## RESOLUTION:
The borrower would like to be considered as a candidate for a loan modification. It's been over 15 months now since she was first diagnosed with fibromyalgia and she's made great strides towards getting her finances back on track. She has been fully approved for disability and has started to receive a regular monthly income that she can depend on which should not reduce or change anytime soon. She has also changed her spending habits to account for the additional costs of medication and care she will continue to need in the future. She has reduced her monthly outgoing expenses by using public transportation as much as possible, eliminating eating out, terminated cable television service, canceled magazine subscriptions and watches her grandchildren at home in lieu of paying a babysitter.



LOAN# 3━━━━688

Although the hardship has been both emotionally and financially hard on the borrower, she is optimistic about the future. We do not believe that foreclosure is the only choice or the best option for her situation. Her highest priority now is to make amends with your firm on any amounts past due, set up a feasible payment plan for all parties involved and ultimately to retain her home as a safe place to raise her grandchildren.

Please review the included documents and send all correspondence regarding this matter to our company directly via mail to **1st American Consulting Group, 215 SE 102nd Ave, Suite 101, Portland, OR 97216 or via fax at 866-941-4959.**

This letter is intended to initiate a line of communication and open negotiation between our companies in order to establish a satisfactory repayment plan on the above account for all parties involved. First American Consulting Group is not guaranteeing repayment of this debt and is employed by the homeowner mentioned above solely for the purposes of researching and negotiating potential debt restructuring options that may result in resolving their past due debt(s) with your company.

We appreciate your assistance in resolving this matter and would like to thank you in advance for your cooperation. We are looking forward to working with you and to achieving a resolution. If you wish to verbally discuss modification terms and/or options you may contact us **Toll Free at 800-678-1150 or at 503-928-8889.**

**1st American Consulting Group**
**Toll Free: 800-678-1150**
**Fax: 866-941-4959**



LOAN # ▓▓▓▓▓9688

### Borrower/Co-Borrower Acknowledgement

1. Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.

2. I/we understand and acknowledge that IndyMac Mortgage Services may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.

3. I/we understand that IndyMac Mortgage Services will pull a current credit report on all borrowers obligated on the Note.

4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, IndyMac Mortgage Services may cancel the Agreement and may pursue foreclosure on my/our home.

5. I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.

6. I/we certify that I/we am/are willing to commit to credit counseling and it is determined that my/our financial hardship is related to excessive debt.

7. I/we certify that I/we am/are willing to provide all requested documents and to respond to all IndyMac Mortgage Services communication in a timely manner. I/we understand that time is of the essence.

8. I/we understand that IndyMac Mortgage Services will use this information to evaluate my/our eligibility for a loan modification or other workout, but is not obligated to offer me/us assistance based solely on the representations in this affidavit.

Borrower

Signature: _Anita_____     Date: _____

Co-Borrower

Signature: _____     Date: _____

*PLS NOTE:

Borr. does not file taxes b/c her only source of income is disability.

IndyMac

12/03/2009

October 20, 2008

To Whom It May Concern;

My name is Stella Vidal and I am writing this letter because I am in dire need of assistance. For the first time in my life I am having a difficult time meeting my monthly financial obligations. The current state of the economy, the rising fuel costs, and the terms of my current mortgages make it impossible to make the full payments. In November of 2006 I refinanced my home and under no circumstances was I aware that I was getting into a loan without a fixed rate. I was misled and the terms were never explained completely before I signed. I am disabled and have been diagnosed with Fibromyalgia and Rheumatoid Arthurits. I have also been diagnosed with severe depression. My Son Manuel and his three children moved in with me two years ago to help me financially since my bills were becoming so burdensome. He too is disabled and he suffers from Fibromyalgia and depression. The five of us live together in my home and all of our bills are paid by our Social Security Checks and the child support payments received for the children. Our monthly income totals less than $3772.00 The continuing rising interest rate on the A.R.M. makes it impossible to meet our financial obligations every month. There are times we have to choose between buying groceries and paying bills. We struggle to make sure the kids have everything they need and a safe home to come home to. We would greatly appreciate any and all assistance that your organization can offer to help me save our home and maintain our household on a monthly basis. We are not looking for a handout, we do want to pay our way and raise the children to do the same. We just need some help to renegotiate the terms of our mortgages so that we can pay what we owe and feed ourselves on a daily basis. Thank you in advance for your time, your consideration, and your help. Have a great day!

Sincerely,

Stella Vidal/Manuel Vindiola/Nicholas Vindiola/Anthony Vindiola/Demetria Vindiola

# Fax Cover Sheet

**We are here to help.**

---

**To:** IndyMac Mortgage Services

**Fax Number:** 1.866.435.7643

**Name:** Stella Vidal

**IndyMac Mortgage Services Loan Number:** ~~████████~~ 9688

**Email Address:** N/A

**Phone Number:** 520 · 578 · 2841

**Mailing Address:** 5711 W. Louisana - Tucson, AZ 85757

---

## Customer Checklist

**Please read the important steps below and initial them to confirm that, for each borrower, you have completed each one:**

| Borrower | Co-Borrower | |
|---|---|---|
| X | _____ | 1. Completed and signed the 3 page Hardship Affidavit. |
| X | _____ | 2. Completed and signed the 4506-T Form. |
| X | _____ | 3. Completed the income documentation. |

~~800 · 781 · 73██~~

---

I/We agree that I/we have completed the required steps as described above.

**Borrower**

**Signature:** _Stella Vidal_                **Date:** 6/13/09

**Co-Borrower**

**Signature:** _____                **Date:** _____

---

**IndyMac**®

# Hardship Affidavit



We are here to help.

Loan # ████ 9688

## Borrower

**Name:** Stella Vidal                          **Social Security Number:** ████ A615

**Daytime Phone Number:** (520) 578·2841        **Evening Phone Number:** (    ) — SAME —

**Property Address:** 5711 W. Louisana -

**City:** Tucson              **State:** AZ           **ZIP:** 85753

**Email Address:** N/A

## Co-Borrower

**Name:**                                       **Social Security Number:**

**Daytime Phone Number:** (    )                **Evening Phone Number:** (    )

**Property Address:**

**City:**                    **State:**              **ZIP:**

**Email Address:**

---

I/we am/are not able to fulfill my/our current loan obligations. I/We am/are submitting this form to IndyMac Mortgage Services and indicating by my/our checkmarks ("✔") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan. (Check all that apply.)

| Borrower | Co-Borrower | |
|---|---|---|
| ☐ | ☑ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation." |
| ☐ | ☑ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation." |
| ☑ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation." |
| ☑ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation." |
| ☑ | ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation." |
| ☑ | ☐ | There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation." |

IndyMac

12/03/2009

LOAN # ▮▮▮▮9688

## Explanation

**Use this space to thoroughly document the items checked on the previous page.**

As see attached

IndyMac

12/03/2009



**1st American Consulting**
www.faaa.com

**LOAN MODIFICATION APPLICATION**
*"Fixing Loans and Saving Homes"*
**Toll Free 800.678.1150**
1st American Consulting Services
215 SE 102nd Ave, Suite 101
Portland, OR 97216

## Authorization to release information

To Whom It May Concern:

1. I/We have applied for loan modification assistance from First American Consulting Group. As part of the application process, First American Consulting Group may verify information contained in my/our application and in other documents required, either before the modification is complete or as part of its quality control program.

2. I/We authorize you to provide to The First American Consulting Group or its assigned third party Escrow Co. any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balance; credit history; and copies of income tax returns.

3. A copy of this authorization may be accepted as an original.

4. Your prompt reply to First American Consulting Group is appreciated.

By signing below I acknowledge I have read and agree.

---

**Borrower's Information**

Name _STELLA VIDAL_   Date of Birth _06/14/55_   Social Security # ▓▓▓-4615

_5711 W. Louisiana   Tucson   AZ   85757_
Address: Street          City          State          Zip

Home Phone _(520) 578-2841_   Cell Phone _(520) 241-9293_   Work Phone _____

---

**Co-Borrower's Information**

Name _____   Date of Birth __/__/__   Social Security # _____

Address: Street          City          State          Zip

Home Phone _____   Cell Phone _____   Work Phone _____

---

Borrower Signature _Stella Vidal_                Date _9-12-09_

Co-Borrower Signature _____                Date _____

8

SWV4655@aol.com

12/03/2009



LOAN # ▓▓▓▓▓ 608

Form **4506-T**

(Rev. January 2008)

Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.

▶ **Request may be rejected if the form is incomplete, illegible, or any required
line was blank at the time of signature.**

OMB No. 1545-1872

**Tip:** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use **Form 4506**, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| *Stella Vidal* | ▓▓▓▓▓ · 4615 |
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

*5711 W. Louisiana St - Tucson, AZ 85757*

4 Previous address shown on the last return filed if different from line 3

5 If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

**IndyMac Mortgage Services, 901 East 104th St., Suite 400C, Kansas City, MO 64131**

**Caution:** *DO NOT SIGN this form if a third party requires you to complete Form 4506-T, and lines 6 and 9 are blank.*

6 **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ **1040**

a **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . ☑

b **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days . ☐

c **Record of Account,** which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days . . . . . . . . . . . . . . ☐

7 **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

8 **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2006, filed in 2007, will not be available from the IRS until 2008. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days . . . . . . ☐

**Caution:** *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

9 **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 2007 | 12 / 31 / 2008 | / / | / / |

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
( )

**Sign Here**

▶ *Stella Vidal* — Signature (see instructions)   Date 9-1-09

N/A — Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 37667N   Form **4506-T** (Rev. 1-2008)

*LOAN # ~~██████~~ 49688* (handwritten)

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

# 2008
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | |
|---|---|
| STELLA C VIDAL | |

**Box 2. Beneficiary's Social Security Number**
~~███~~-4615

| Box 3. Benefits Paid in 2008 | Box 4. Benefits Repaid to SSA in 2008 | Box 5. Net Benefits for 2008 *(Box 3 minus Box 4)* |
|---|---|---|
| $8,728.80 | NONE | $8,728.80 |

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or direct deposit | $7,572.00 |
| Medicare Part B premiums deducted from your benefits | $1,156.80 |
| Total Additions | $8,728.80 |
| Benefits for 2008 | $8,728.80 |

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

STELLA C VIDAL
7530 S SORRELL
TUCSON AZ 85746-9482

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

~~███~~-4615A

Form SSA-1099-SM (1-2009)   **DO NOT RETURN THIS FORM TO SSA OR IRS**

*$ 8,728.80 (handwritten)*
*.12 = 727.40*
*$ 727.33 X 1.25%*

$909.16 (handwritten)

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE MD 21241-1500

C
M39
1

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

TEAR OFF STUB